

# NUMBER 13-21-00336-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **DAVID EUGENE WHITE,** | **Appellant,** |

**v.**

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellee.** |

**On appeal from the 453rd District Court
of Hays County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Order Per Curiam**

This cause is before the Court on its motion. It is the Court's understanding that appellant David Eugene White is deceased.

On October 25, 2022, we requested that Aaron Seymour, counsel for White, provide this Court with the status of the motion to permanently abate and accompanying

certificate of death within seven (7) days. *See* TEX. R. APP. P. 7.1(a)(2) ("If the appellant in a criminal case dies after an appeal is perfected but before the appellate court issues the mandate, the appeal will be permanently abated."). More than seven (7) days have elapsed since this request, and we have received no response from Seymour.

We hereby ORDER both Seymour and Kathleen Arnold, counsel for the State of Texas in this case, to file a motion to permanently abate and a copy of White's certificate of death, or a status with a reason for the inability to comply, with this Court by Monday, December 5, 2022. If either attorney satisfies this order prior to December 5, 2022, the other attorney shall be relieved of their obligation to file said motion and certificate. The failure to comply with this order will result in referral to the Court for further proceedings.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
9th day of November, 2022.